# Third District Court of Appeal

## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0395
Lower Tribunal No. 23-157867 SP
_____

**Kaiya Pineiro,**
Appellant,

vs.

**Oscar Arano, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Kaiya Pineiro, in proper person.

Oscar Arano and Moraima Arano, in proper persons.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").